UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRIPLE CROWN, INC.,
*d/b/a Buck Bradley, LLC*,

        Plaintiff,

v.

        Case No. 22-cv-370-pp

AUTO-OWNERS INSURANCE CO.,

        Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (DKT. NO. 18)**

---

On July 20, 2022, the parties filed a Joint Motion to Dismiss All Claims With Prejudice. Dkt. No. 18. The court **GRANTS** the parties' motion. The court **ORDERS** that every claim or cause of action asserted or that could have been asserted by the plaintiff against the defendant in this case is **DISMISSED WITH PREJUDICE**.

Dated in Milwaukee, Wisconsin this 21st day of July, 2022.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**

1

Case 2:22-cv-00370-PP    Filed 07/21/22    Page 1 of 1    Document 20